2365-1118-0279-z
11493277

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Oregon

ORIGINAL

FILED 13 DEC '22 09:59 USDC-ORE

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   6:22-cr- 00410-AA |
|  | ) | |
| BRANDON KUPER | ) | |
|  | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

**To:** Any authorized law enforcement officer

      **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   BRANDON KUPER ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Sexual Exploitation and Attempted Sexual Exploitation of Children in violation of 18 U.S.C. § 2251(a) and (e), and
Coercion and Enticement of a Minor in violation of 18 U.S.C. § 2422(b).

Date:  11/17/22

                                     *Issuing officer's signature*

City and state:   Eugene, OR

           Mustafa T. Kasubhai, United States Magistrate Judge
                     *Printed name and title*

### Return

This warrant was received on *(date)*  11/17/22 , and the person was arrested on *(date)*  11/9/22
at *(city and state)*  _____ .

Date:  12/12/22

                                  *Arresting officer's signature*

      Bryce Collins   DUSA
               *Printed name and title*